JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>ABSOLUTE ENGINEERING, INC., a California corporation, doing business as ABSOLUTE DOORS; MARIO ALVAREZ, an individual; MARIA ELENA ALVAREZ, an individual; AZIM RAHIMZADEH TEHRANI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant.<br>_____ | CASE NO. SACV 12-00718 CJC (RNBx)<br><br>JUDGMENT<br><br>Before the Honorable<br>Cormac J. Carney |

    This case came before the Honorable Cormac J. Carney, United States District Court Judge.

    It appearing that defendant, ABSOLUTE ENGINEERING, INC., a California corporation, doing business as ABSOLUTE DOORS, having been

regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against ABSOLUTE ENGINEERING, INC., a California corporation, doing business as ABSOLUTE DOORS as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $51,102.88 |
| 2 | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 885.03 |
| 3. | Audit Fees | 825.00 |
| 4. | Interest from due date to October 22, 2012 | 9,733.82 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 7,925.88 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 3,712.52 |
| | GRAND TOTAL | $74,185.13 |

7.    Plus costs to be determined after entry of judgment.

DATED: October 15, 2012

                                  THE HONORABLE CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE